2023.
PHILLIP A. TALBERT
United States Attorney
PHILIP A. SCARBOROUGH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900
Philip.Scarborough@usdoj.gov

Attorneys for the United States Postal Service

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANAEL BOATMAN, et al., | CASE NO. 2:23-CV-01027-KJM-KJN |
| Plaintiffs, | ORDER |
| v. | DATE: October 5, 2023 |
| SARAH ELLEN BROCKMAN, et al., | TIME: 2:30 p.m. |
| | COURT: Courtroom 3, 15th Floor |
| Defendants. | JUDGE: Hon. Kimberly J. Mueller |

   Plaintiffs Nathanael Boatman and Rachael Weinbrecht (together, Plaintiffs) and defendant the United States Postal Service jointly request that the court continue the Status (Pretrial Scheduling) Conference currently set for October 5, 2023. *See* ECF No. 5. Good cause appearing, the request is GRANTED.

   The parties represent that the United States Attorney's Office was served with the complaint on September 8, 2023. Under the pertinent rules, a response from each defendant therefore is due on November 7, 2023. Continuing the scheduling conference will allow all defendants to respond to the complaint prior to conducting the scheduling conference.

/////

/////

/////

ORDER                                                               1

The Status (Pretrial Scheduling) Conference set for October 5, 2023, therefore, is CONTINUED to December 14, 2023,[1] at 2:30 p.m. before the undersigned in Courtroom 3, with the filing of a joint status report due 14 days prior. The parties shall comply with all other provisions of the Order Setting Status (Pretrial Scheduling) Conference. *See* ECF No. 5.

IT IS SO ORDERED.

DATED: September 22, 2023.

CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The parties' identified date of December 7, 2023 is not a viable hearing date.