PHILLIP A. TALBERT
United States Attorney
PHILIP A. SCARBOROUGH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900
Philip.Scarborough@usdoj.gov

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANAEL BOATMAN, et al.,<br><br>                              Plaintiffs,<br><br>                    v.<br><br>SARAH ELLEN BROCKMAN, et al.,<br><br>                              Defendants. | CASE NO.  2:23-CV-01027-KJM-KJN<br><br>ORDER<br><br>JUDGE:       Hon. Kimberly J. Mueller |

Plaintiffs Nathanael Boatman and Rachael Weinbrecht (together, Plaintiffs) and defendant the United States jointly request that the Court establish a schedule regarding an anticipated amended complaint from Plaintiffs.  Good cause appearing, the request is granted.

Plaintiffs propose amending their complaint to name the United States as the sole party defendant.  The amendment is proper because, under the Federal Tort Claims Act, the United States is the only proper party defendant.  *See Kennedy v. United States Postal Service*, 145 F.3d 1077, 1078 (9th Cir. 1998); *see also* 28 U.S.C. § 2679(b)(1).

Accordingly, plaintiffs SHALL file their amended complaint on or before November 9, 2023. The United States thereafter SHALL file a response to the complaint on or before November 16, 2023. The scheduling conference set for December 14, 2023, shall proceed as scheduled.

//

//

//

ORDER                                                  1

1          IT IS SO ORDERED.

2   DATED:  November 6, 2023.

CHIEF UNITED STATES DISTRICT JUDGE